United States Courts
Southern District of Texas
FILED

JAN 03 2023

Nathan Ochsner, Clerk of Court

Tremeka Davis

6005 s.Gessner Apt. 1253

Houston Texas 77036
832-306-5931 |
Picture1976@gmx.com

23 CV 0006

TREMEKA DAVIS,TAVIS

    Plaintiff,

vs.

HARRIS COUNTY JAIL

    Defendant

Case No.: Number

CRUEL AND UNUSUAL PUNISHMENT ,SEXUAL ASSAUIT BY SECURITY GUARDS

ON OCTOBER 30, 2022 TAVIS DAVIS WAS SEXUAL ASSAULT MULTIPLE TIME OVER THE PAST WEEK. BY A NUMEBER OF SECURITY GUARDS IN HARRIS COUNT JAIL .TAVIS DAVIS HAS HAD A LOT OF SWOLLEN AND INFLAMED VEINS IN THE RECTUM AND ANUS THAT CAUSE DISCOMFORT PAIN AND BLEEDING AND IS CONSTANTLY BEING HARASSED IT HAS GOTTEN TO THE POINT WHERE IT'S HARD FOR HIM TO WATCH TELEVISION THEY'RE HARASSING HIM THROUGH YHE AIRWAVE ON TELEVISISONHE COULD HARDIY STAND IT IS TOO MUCH DISTURBANCE I'M ASK FOR YOU TO RELEASE HIM AND ASKING FOR PAIN AND SUFFERING MONEY

Dated this day of Month, year.

*Tremeka Davis* 8323065931
Mother of Plaintiff

CRUEL AND UNUSUAL PUNISHMENT ,SEXUAL ASSAUIT BY SECURITY GUARDS - 1

Ludacris and Jayz etc. have maked a Career out of body Swapping Aping and Astral Sping and attacking my Self and Family.

Tavis Davis was Astral Demon Kidnapp.
Rodney Davis too. They h in our my Body too.

Chapter 20 kidnapping
Sec 20.02 Unlawful Restraint and Smuggling of Persons
Sec. 20.05

Chapter 20 A. Trafficking
Sec 20A.02 of Persons
Sec 20A.03

Human Resources Code
title 2 Human Services and Protective Services

title 3 Facilities and Services for Children

title 5. Offenses against the Person

18 U.S.C. §1028 - Federal Identity Theft Law

Penal Code 236
False imprisonment is Classified by Texas penal Code 20.02

False imprisonment - When Someone restrains you, prevents you from moving

Kidnapping and hold us For ransom

by using Astral Demon Possession or Spirit possession is an unusual or altered state of consciousness and associated behaviors purportedly caused by the control of a human body by Spirits, ghost, demons, or gods. The concept of Spirit possession exists in many cultures and religions, including Buddhism, Christianity, Haitian

Vodou, Hinduism, Islam, Wicca and Southeast Asian, African, and Native American traditions

Depending on the Cultural Context in which it is found, possession may be considered voluntary or involuntary and may be considered voluntary or involuntary and may be conside-red ~~voluntary~~ to have beneficial or detrimental effects on the host.

In a 1969 study funded by the National Institute of Mental Health, Spirit possession beliefs were found to exist in 74% of a sample of 488 societies in all parts of the world, with the highest numbers of believing societies in Pacific cultures and the lowest incidence among Native Americans of both North and South America.

As Pentecostal and Charismatic Christian Churches move into both African and Oceanic areas

a merger of belief can take place, with "demons" becoming religions, which the Christian ministers attempt to exorcise.

Case 4:23-cv-00006 Document 1 Filed on 01/03/23 in TXSD Page 6 of 11
11/23/22, 12:40 PM  Case 4:22-mc-02175  Document 1-1  Filed on 12/14/22 in TXSD Page 11 of 44
GMX - Law sue

# GMX

## Law sue

**From:** "Tre Davis" <DaVincicode@gmx.com>
**To:** picture1976@gmx.com
**Date:** Nov 23, 2022 12:36:56 PM

It's an emergency they doing Satanic rituals in the jail that pierces his skin a passionate back up and talking to him on his brain been aggressive and fighting him fist of fist he his head injury and guys is proud of him more than one hit him at the same time they fighting him because they fight him over his own inheritance Shawn Carter aka Jay Z and Christopher B. Bridge Ludacris have a satanic music and sex ritual going on in the jail

They following me from place to place business to business it's impossible for me to live without being able to go grocery shopping and other things and a sex trafficking him and his baby boy the son of Jordan that's a year and a half he may have made two by now but they've been fighting the baby for about a year now can please help us

Here's a picture of my little niece Carnisha Williams who they sign producing and other family members they removing his brain cells and call them artificial intelligence

They have also removed mine and made a robot FM Meka I wouldn't be a demon so they remove my brain cells and made a demon anyway

We need Help Today Please Rush xxxx

The Police System is working Under The Babylon Law.

They hired Old The People From My Old Reg address to Demon gang Stalk up and attack, assaults US and my Son in Jail.

① Mayor Sylvester Turner
City of Houston
P.O. Box 1562
Houston, TX 77251
713 837 0311
Mayor@houstontx.gov

② Annie Parker - Danette
Ex Mayor
City of Houston
P.O. Box 1516
Houston, TX 77251
713 837 0311

These hired My Ex boy Friends and Their Girl Friends and They Family Member told them to ask attack US for our Super Nature Intelligence in a Hate & Crime

1. TREMEKA L. DAVIS
2. 6005 S. GESSNER 1253
3. HOUSTON TEXAS
4. In the __DISTRICT__ Court for the County of __HARRIS COUNTY__
5. in the State of __TEXAS__
6. _____ JUDICIAL DISTRICT
7. TREMEKA DAVIS, TAVIS DAVIS AND DESHAWN JORDAN ) Case No.:
8. Plaintiff, ) Complaint: DISCRIMINATION, CRUEL UNUSAL PUNISHMENT, SEXUAL ASSAULT BY SECURITY GUARD HARASSMENT AND ASTRAL BODY SWAPPING AND ASTRAL SPING, POLICE RITUAL ABUSE, BATON ROUGELA, LITTIE ROCK AK, HOSTON TX, FORD BEND TX, DALLAS POLICE DEPARTMENT SEX TRAFFICKING, ORGAN TRAFFICKING
9. v.
10. HARRIS COUNTY AND THE STATE OF TEXAS
11. Defendant.
12. PLAINTIFF'S ORIGINAL PETITION
13. Plaintiff __TREMEKA DAVIS__, brings forth the following causes of
14. action and alleges the following:
15. 1. Plaintiff is an individual and a resident of __HOUSTON__, __TEXAS__.
16. 2. Defendant is a legally defined business entity, formed under the laws of
17. State of __TEXAS__, and located at __1200 BAKER STREET__,
18. __HOUSTON__, __TEXAS__ __77002__.
19. 3. On about __OCTOBER__ __30__, __2022__, TAVIS DAVIS WAS SEXUAL ASSAULT MULTIPLE TIME
20. OVER THE PAST WEEK. BY A NUMEBER OF SHERIFF OFFICERS SECURITY GUADS IN HARRIS COUNT JAIL.
21. TAVIS DAVIS HAS HAD A LOT OF SWOLLEN AND INFLASMED VEINS IN THE RECTUM.
22. 4. On about __MAY__ __26__, __2019__, TAVIS WAS ATTACKED BY THE BATON ROUGE
23. LA, POLICE AND HOUTSON POLICE DEPARTMENT, HOUSTON TEXAS SHERIFF'S DEPARTMENT
24. AT THE JAIL, DALLAS POLICE DEPARTMENT AND FORT BEND.
25. 5. I TREMEKA DAVIS WENT TO HARRIS COUNTY JAIL TO ASK FOR HELP AND DIDN'T GET THE RIGHT
26. HELP INSTTEAD I WAS ATTACKED ON MANY OCCASION AND ORGAN TRAFFICKED ALONG WITH TAVIS
27. DAVIS AND HIS 1 1/2 YEAR OLD BABY DESHAWN JORDAN AND MOTHER BARABARA DAVIS SEX
28. TRAFFICKED, US FROM BUSINESS TO BUSINESS AND FOLLOWED TO OTHER STATE, ATTACKED.

Plaintiff brings forth the following counts and allegations supporting Plaintiff's cause of action:

### Count 1 - POLICE RITUAL ABURE

ON OCTOBER 30, 2022 TAVIS DAVIS WAS SEXUALT MULTIPLE TIME OVER THE PAST WEEK. BY A NUMEBER OF SECURITY GUARDS IN HARRIS COUNT JAIL TAVIS DAVIS HAS HAD A LOT OF SWOLLEN AND INFLAMED VEINS IN THE RECTUM AND ANUS THAT CAUSEDISCOMFORT PAIN AND BLEEDING AND IS CONSTANTLY BEING HARASSED IT HAS GOTTEN TO THE POINT WHERE IT'S HARD FOR HIM TO WATCH TELEVISION THEY'RE HARASSING HIM THROUGH THE AIR WAVE ON T.V. HE COULD HARDLY STAND IT .IT'S TOO MUCHDISURBANCE I'M ASK FOR YOU TO RELEASE HIM AND ASKING FOR THEM TO RETURE ALL WHAT THEY STOLE FROM US, OUR INHERITANCE ARE ANY THING ELSE THEY MAY HAVE RECEIVED FROM HUMAN OR ORGAN TRAFFICKING US THEY HIRED PROPERTY HARRIS COUNTY SHERIFF DEPARTMENT MAY HAVE RECEIVED. AND ASKING FOR PAIN AND SUFFRING MONEY FOR THE ALL THE RITUAL ABUSE ,AND FOR BODY SWAPPING DNA DISEASE FROM INFECTED PEOPLE

### Damages

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $_____, plus all attorney fees and costs incurred by Plaintiff in connection with this action.

Additionally, Plaintiff seeks THE RELEASE OF TAVIS DAVIS,HIS SON TO BE IN OUR CUSTODY DESHAWN JORDAN,OUR INHERITANCE THE POLICE DEPARTMENT IS HANDING OUT TO OUR CLOSE AND DISTANT FAMILY MEMBERS OUR ORGAN ,AND BODY SWAPS BACK SOME WHERE TOO LIFE . FOR THE INJURY THEY CAUSED

Respectfully submitted this 23 day of November, 2022

[Party's Name]

Name: [Signer]

Its:

Plaintiff

NOTARY SIGN

Astral Projection and Jay z and Beyonce Ape Shit Song Aping - to impersonate, Copy or imitate someone

in the Video Jayz Beyonce is stand in front of the Mona lisa Printing is a green wall with orange lights behind it.

I ask would they used the color's to show I was apart of this to and They did

The Color are my Jr. High School Color that we (the girls Obama etc. Used as there Wife's)

They Dedicated this Song to the 44th President Barak Obama

* Jay.Z Astral Traveling Cult
* Barak Obama have a Shade Government

how they Use astral Project and Brain to Brain Communiation to Started Fight in Harrrs Country Jail

* JayZ glowing eye demons


